UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | |
| | : | Crim. No. 09-489-01 (FLW) |
| | : | |
| ALLAN SALKO | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (Harvey Bartle, IV, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this _____25th_____ day of June, 2009,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, and except for such copies of the Indictment as are necessary to effect the extradition of defendant, if any, and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
Douglas E. Arpert
United States Magistrate Judge