UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 09-489 |
| ALLAN SALKO | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the application of defendant Allan Salko (by Mitchell Ignatoff, Esquire), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has requested a continuance for the purpose of trial preparation and the filing of pretrial motions; and

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 11th day of September, 2009, it is

ORDERED that the proceedings in the above-captioned matter are continued from September 3, 2009 through November 16, 2009;

IT IS FURTHER ORDERED that the period between September 3, 2009 through November 16, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than ~~September 25~~ October 2, 2009;

IT IS FURTHER ORDERED that any response by the Government to defendant's motions shall be filed no later than October 16, 2009; any reply by defendant shall be filed no later than October 23, 2005;

IT IS FURTHER ORDERED that the motions hearing date will be set at a time to be determined by the Court; and

IT IS FURTHER ORDERED that the trial in this matter will commence on November 16, 2009.

_____
HON. FREDA L. WOLFSON
United States District Judge

2

Consented and Agreed to by:

_____
Harvey Bartle, IV
Assistant U.S. Attorney

_____
Mitchell Ignatoff
Counsel for defendant

_____
Allan Salko

3