# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) Criminal No. 09-489 (FLW) |
| v. | ) 18 U.S.C. §§ 2252A (a) (1) and |
| ALLAN SALKO, | ) (a) (5) (B); and 2 |
| Defendant | ) |

## ORDER

THIS MATTER having been opened to the Court upon application by defendant, Allan Salko, to modify the conditions of his release;

IT IS, on this  18th  day of September, 2009,

ORDERED, that defendant, Allan Salko, may attend the viewing and the funeral of his aunt in Hazelton, Pennsylvania, on Friday and Saturday, September 18th and 19th, and to return on Saturday under such terms as Pretrial Services allows.

*Freda L. Wolfson*
_____
Hon. Freda Wolfson, U.S.D.J.